In THE United States District Court
For the Jacksonville Division

Andrew Williams                     Civil action No:
Plaintiff                           To Be Supplied By Clerk

vs.

Governor of Florida Ron DeSantis, Mark Inch the
Secretary of Florida Dept. of Corr, Ricky Dixion
Secretary of Florida, Asst. Warden Goodwin, Major Fickens
  Defendants(s)

Provided to Suwannee Correctional Institution on:

OCT 11 2024

for mailing, by: ___

### Declaration of Andrew Williams

Hereby declares:

I have been incarcerated in Florida Department of Corrections since 6/29/2011. I live my life as a female and I have full breast and have been recieving hormone treatment since 11/1/2019. I have been designated and Diagnosed with Gender Dysphoria since 2019. In Florida Department of Corrections. Concurrent with Procedure Number 403.012 Effective Date November 13, 2019 Florida Administrative Code Chapter 33-603.101. I have been transgender all my life. Since 2019 I have been able to wear a bra and female under garments and grow my hair and order female hygienes and recieving clinical group therepy.

On 9/30/2024 I saw Classification who which tried to get me to sign a notice stating I am to cut my hair and have all of my transgender Items

(1 of 2)

conficated panties and Bras and all. And I was told that the Governor Ron DeSantis signed a new Bill that Forces me and other transgender and Inmates Diagnosed with Gender Dysphoria to have our hair cut within 30 days and to confiscate all transgender Items and Female Items and essentials.

**Facts:** I was only told this and was never shown this memorandum of law which violates my Due Process as a Transgender inmate and a inmate Diagnosed with Gender Dysphoria.

**Facts:** I was ordered to sign a paper to agree with this But I Refused.

I Filed a emergency grievance on 10/2/2024. I placed it in the Inmate grievance System locked box.

I declare under penalty of perjury that the Foregoing is true and correct.

Executed at Suwannee Correctional Institution on 10/9/2024

Austin
(Signature) your name.

Provided to Suwannee Correctional Institution on:
OCT 11 2024
for mailing, by: CMC

Andrew Javon Butler (H650xx)
Suwannee C.I. main unit
5964 U.S. Highway 90
Live Oak, Florida 32060



MAILED FROM A STATE
CORRECTIONAL INSTITUTION

United Courthouse
300 North Hogan Street
Jacksonville, Florida 32202

