UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANDREW WILLIAMS,

        Plaintiff,

v.                                Case No. 3:24-cv-1070-WWB-PDB

RON DESANTIS, et al.,

        Defendants.
_____

## ORDER

Plaintiff, an inmate of the Florida penal system, is proceeding *pro se*. Plaintiff initiated this action by filing a document titled "Declaration of Andrew Williams" (Doc. 1) in support of a proposed order for preliminary injunction (Doc. 1). No motion for preliminary injunction was filed. In the declaration, Plaintiff, who has been diagnosed with gender dysphoria, asserts that due to a new bill Governor DeSantis signed, he is no longer permitted to wear her hair long or purchase or possess female undergarments or hygiene products.

Plaintiff has not properly initiated an action in this Court. *See* Fed. R. Civ. P. 3 ("A civil action is commenced by filing a complaint with the court."). Plaintiff is advised that the Court has approved the use of a civil rights complaint form for cases filed by prisoners pursuant to 42 U.S.C. § 1983. *See* M.D. Fla. R. 6.04(a) ("A pro se person in custody must use the standard form[.]"). The form requires a plaintiff to name the defendants he intends to sue, disclose his litigation history, describe his claims and facts, and state the

relief he seeks.  Here, Plaintiff has not filed a complaint, nor has he provided the Court with all of the information required by the civil rights complaint form.

Additionally, Plaintiff has not submitted a proper motion for injunctive relief, and he otherwise fails to demonstrate such relief is warranted.  All requests for relief, including injunctive relief, must be in the form of a pleading or a motion and must comply with the Federal Rules of Civil Procedure and the Local Rules of this Court.  *See, e.g.*, Fed. R. Civ. P. 65; M.D. Fla. R. 3.01, 6.01, 6.02 (detailing the requirements for motions, including those for injunctive relief).

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. This case is **DISMISSED without prejudice**.
2. The **Clerk** shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close the file.
3. The **Clerk** shall send Plaintiff a civil rights complaint form and an application to proceed *in forma pauperis* (prisoner filings) form.  If Plaintiff chooses to refile his claims, Plaintiff may complete and submit the appropriate forms. Plaintiff should not place this case number on the forms.  The Clerk will assign a separate case number if Plaintiff elects to refile his claims.  In initiating such a case, Plaintiff should either file a fully completed application to proceed *in forma pauperis* (if she desires to proceed as a pauper) or pay the proper filing fee (if he does not desire to proceed as a pauper).

**DONE AND ORDERED** in Jacksonville, Florida, on November 30, 2024.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

caw 10/18

c:    Andrew Williams, #L98147